```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARY ALICE BURTON,                  :
                                    :
                    Plaintiff,      :
                                    :    06 Civ. 4064 (LAK)(THK)
          -against-                 :
                                    :    ORDER
CITY OF NEW YORK HUMAN RESOURCES    :    Pro Se
ADMINISTRATION,                     :
                                    :
                    Defendant.      :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This employment discrimination action has been referred to this Court for general pretrial supervision and Reports and Recommendations on dispositive motions. In a letter to the Court, Defendant has indicated that Plaintiff has failed to appear for a scheduled deposition. Pursuant to a telephone conference held with the parties today, the Court hereby ORDERS:

Plaintiff shall appear for deposition on February 26, 2008, at 10:00 A.M., at a place designated by the Corporation Counsel's Office. Failure to appear for this deposition will result in sanctions, including the possible dismissal of this action. If Plaintiff wants this litigation to proceed, she must appear and have her deposition taken.

SO ORDERED.

*/s/ Theodore H. Katz*
Theodore H. Katz
United States Magistrate Judge

Dated:    February 4, 2008
          New York, New York

Copies Sent to:

Mary Burton
100 Darrow Place, #5A
Bronx, New York 10475

Joshua Fay, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007