UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARY ALICE BURTON,

              Plaintiff,

-against-                                                                                       06 Civ. 4064 (LAK)

CITY OF NEW YORK HUMAN RESOURCES
ADMINISTRATION, et al.,

              Defendants.

------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The action is dismissed with prejudice for the reasons stated in the report and recommendation of Magistrate Judge Theodore H. Katz, dated March 24, 2008, to which no objection has been filed.

       SO ORDERED.

Dated:      April 11, 2008

                                                          Lewis A. Kaplan
                                                    United States District Judge



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08